**COSTELLO & MAINS, LLC**
By:  Miriam S. Edelstein
Attorney I.D. No. 037612006
18000 Horizon Way, Suite 800
Mount Laurel, NJ 08054
(856) 727-9700
medelstein@costellomains.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| ROBERT HARPER, | : | Civil Action No.: 3:19-cv-21735-FLW-DEA |
| Plaintiff, | : | |
| vs. | : | |
| AMAZON.COM SERVICES, INC. and JOHN DOES 1-5 AND 6-10, | : | **NOTICE OF APPEARANCE** |
| Defendants. | : | |

**PLEASE TAKE NOTICE** that the undersigned, Miriam S. Edelstein of Costello & Mains, LLC, shall appear as lead trial counsel on behalf of Plaintiff, Robert Harper, in the above-captioned matter.

**COSTELLO & MAINS, LLC**

By:  */s/Miriam S. Edelstein*
        Miriam S. Edelstein

Dated: September 12, 2022